UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

09 AUG 11 PM 2:20

LAURA A. BRIGGS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 2:08-cr-15-WTL-CMM-03 |
| ) | |
| CHAD DECKER, ) | |
| ) | |
| Defendant. ) | |

**STIPULATED FACTUAL BASIS OF THE PARTIES**

Comes now the United States of America, by counsel, Bradley A. Blackington, Assistant United States Attorney, and the defendant, Chad Decker, by counsel, Belle T. Choate, and file this Stipulated Factual Basis of the Parties:

From October 30, 2008 through November 28, 2008, DEA maintained wire surveillance over a cellular telephone used by Robbin Welker. The wire surveillance revealed that Welker operated a methamphetamine trafficking organization in Terre Haute. Welker received her methamphetamine from a source in Indianapolis, caused the methamphetamine to be transported to Terre Haute, and organized the distribution of the methamphetamine in Terre Haute.

Two cooperating witnesses ("Individual #1" and "Individual #2") identified themselves as methamphetamine trafficking associates of Welker. Individual #1 and Individual #2 stated that they accompanied Welker and Decker as they drove from Terre Haute to Indianapolis during the fall of 2008 to obtain methamphetamine from Welker's source of supply. Welker obtained approximately two pounds of methamphetamine during this trip. Individual #2 added that

Decker purchased approximately one ounce of methamphetamine per week from Welker from September 2008 through their arrest on December 11, 2008.

The wire surveillance conducted over Welker's cellular telephone confirmed that Decker distributed methamphetamine for Welker. On October 30, 2008, Decker received methamphetamine from Welker at Krusty's Pizza restaurant in Terre Haute (calls III-82, 87). On November 3, 2008, Decker offered to pay Welker for the previously fronted methamphetamine (call III-667). On November 8, 2008, Decker obtained methamphetamine from Welker (call III-1852).

Decker is accountable for the distribution of between 1.5 and 5 kilograms of a mixture or substance containing a detectable amount of methamphetamine.

The parties agree that the facts outlined above are true and correct to the best of their knowledge, information, and belief. The parties further agree that these facts constitute a sufficient factual basis to support the defendant's plea of guilty.

Respectfully submitted,

A. COURTNEY COX
United States Attorney
Southern District of Illinois

By: _____
Bradley A. Blackington
Assistant United States Attorney

_____
Chad Decker
Defendant

_____
Belle T. Choate
Attorney for Chad Decker