UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 2:08-CR-15-WTL    -CMM |
| | ) | |
| ROBBIN WELKER, | ) | -01 |
| a/k/a Robbin Poore, | ) | |
| SHONNA R. FRYE, | ) | -02 |
| CHAD DECKER, | ) | -03 |
| DONALD A. MYERS, | ) | -04 |
| JASON BAYS, | ) | -05 |
| RICK DOWDEN, | ) | -06 |
| BRANDON NEMETH, | ) | -07 |
| MELISSA HUTCHENS, | ) | -08 |
| SAUL MARTINEZ-PALMERO, | ) | -09 |
| a/k/a Carlos, | ) | |
| JASON WEIR, and | ) | -10 |
| MICHAEL COLEMAN, | ) | -11 |
| | ) | |
| Defendants. | ) | |

## ORDER

Comes Now the Court, having considered Defendant Chad Decker's Motion for Psychological Evaluation and being duly advised in the premises, now enters the following:

1. That said Motion is hereby granted.

2. Mr. Decker is committed to the custody of the U.S. Attorney General or his designee for a transfer to a suitable facility for examination pursuant to l8 U.S.C. sections 424l and 4247. The facility designated should be a facility where Mr. Decker's current medical condition can be evaluated and where he can receive appropriate treatment if necessary.

3. The examination and evaluation shall be conducted by licensed and certified psychiatrists or clinical psychologists at the designated facility in regard to the determination of competency and

by medical practitioners in regard to the diagnosis and prognosis of Mr. Decker's current medical condition, if necessary treatment of any such conditions is found to exist.

4. The designated facility and the medical practitioners, pursuant to this Order, are authorized to conduct all necessary physical and mental examinations and/or treatment of any physical or mental diseases or sicknesses which they may diagnose during the examinations, evaluations, or testing necessary to comply with the Court's orders.

5. At the conclusion of the examinations, evaluation, and treatment of Mr. Decker in accordance with this Order, the psychiatrists and/or clinical psychologists shall each make a report of his or her findings as provided by l8 U.S.C. section 4247(c)(l) through (c)(4)(A). The report(s) shall be filed with the Court, with copies provided to counsel for the defendant and the Government.

6. At the conclusion of the evaluation and treatment, if appropriate at this time or if only recommended for the future, Mr. Decker shall be returned to the Southern District of Indiana for further proceedings.

7. The time period necessary to evaluate Mr. Decker's current mental condition shall be excluded for Speedy Trial purposes.

SO ORDERED THIS ___ DAY OF _____, 2009.

_____
Judge William Lawrence

COPIES TO:

Belle T. Choate, 151 N. Delaware St., Suite 740, Indianapolis, IN 46204
Bradley Blackington, 10 West Market St. Ste 2100, Indianapolis, IN 46204
U.S. Probation, 46 East Ohio Street, Indianapolis, IN 46204