AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
Southern District of Indiana

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| | Case Number: 2:08CR00015-003 |
| | USM Number: 09128-028 |
| CHAD DECKER | |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to the below violation(s).

☐ was found in violation of the below violations after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | New Crime (Dealing/Possession of Methamphetamine) | 1/6/2022 |

The defendant is sentenced as provided on page of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ Violation number 1 is dismissed.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

4/25/2022
Date of Imposition of Sentence:

**A CERTIFIED TRUE COPY**
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana

By _Samantha Burmester_
Deputy Clerk

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Date: 4/28/2022

AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations          Judgment Page 2 of 2

DEFENDANT: Chad Decker
CASE NUMBER: 2:08CR00015-003

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 60 months upon release from state custody at the Vigo County Jail.

☒ The Court makes the following recommendations to the Bureau of Prisons: At a Federal Medical facility, participation in RDAP, Dual Diagnostic Program, occupational education program, and Life Connections.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

     ☐ at

     ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐ before 2 p.m. on

     ☐ as notified by the United States Marshal.

     ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant was delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

BY: _____
DEPUTY UNITED STATES MARSHAL